FILED

AUG 20 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. **A19CR 174LY** |
| Plaintiff, | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| Aijaz GUL, | ) | [21 USC 846 & 841 - Conspiracy, |
| aka "AJ" and "Aijaz Pathan" | ) | PWID synthetic cannabinoids] |
| and | ) | |
| Hasnain BROHI, | ) | |
| Defendants. | ) | |
| | | USAO # 2019R |

4:19mj2070

United States Courts
Southern District of Texas
FILED
November 06, 2019

David J. Bradley, Clerk of Court

## INTRODUCTION

THE GRAND JURY CHARGES:

**a. 5F-EDMB-PINACA**

ethyl 2-(1-(5-fluoropentyl)-1$H$-indazole-3-carboxamido)-3,3-dimethylbutanoate is a substance, commonly referred to and identified throughout this indictment as 5F-EDMB-PINACA. It is an analog of methyl 2-(1-(5-fluoropentyl)-1$H$-indazole-3-carboxamido)-3,3-dimethylbutanoate, commonly referred to and identified throughout this indictment 5F-ADB. Specifically, it has a chemical structure similar to 5F-ADB. Moreover, FUB-AMB [handwritten: 5F-EDMB-PINACA] has hallucinogenic effects on the central nervous system similar to those of the Schedule I Controlled Substance 5F-ADB.

## Count One
[21 U.S.C. § 846]

Beginning as early as December, 2017 and continuing through April 5, 2018, at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

Aijaz GUL,
aka "AJ" and "Aijaz Pathan"
and
Hasnain BROHI,

knowingly, intentionally and unlawfully combined, conspired, confederated, and agreed together and with others known and unknown, to distribute mixtures or substances that contained a detectable amount of **5F-EDMB-PINACA** which is a controlled substance analogue (as defined in 21 U.S.C. § 802(32)) of the Schedule I controlled substance **5F-ADB**, knowing that the analogue substance was intended for human consumption, as provided in 21 U.S.C. § 813, a violation of 21 U.S.C. § 841(a)(1), all in violation of Title 21, United States Code Section 841(a)(1) and Title 21, United States Code, section 846.

## Count Two
## (21 U.S.C. §841)

On or about March 6, 2018 at Lee County, Texas in the Western District of Texas and elsewhere, the Defendant,

Aijaz GUL,
aka "AJ" and "Aijaz Pathan",

knowingly, intentionally and unlawfully possessed with intent to distribute mixture or substance that contained a detectable amount of **5F-EDMB-PINACA** which is a controlled substance analogue (as defined in 21 U.S.C. § 802(32)) of the Schedule I controlled substance **5F-ADB**, knowing that the analogue substance was intended for human consumption, as provided in 21 U.S.C. § 813, a violation of 21 U.S.C. § 841(a)(1), all in violation of Title 21, United States Code Section 841(a)(1).

TRUE BILL: )
**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

John F. Bash
Acting UNITED STATES ATTORNEY

By: *[signature]*
MARK H. MARSHALL
Assistant U.S. Attorney

| | | | |
|---|---|---|---|
| Sealed | | | **A19CR 174LY** |
| Unsealed | X | Personal Data Sheet USAO# | 2019R17243 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  X  NO
CASE NO.

| | | | | | |
|---|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | | Judge: | |
| Date: | **8/20/2019** | Mag Ct.# | SSN: | FBI#: | |
| Case No.: | | | Assistant U. S. Attorney: | **Mark H. Marshall** | |
| Defendant: | **AIJAZ GUL (1)** | | | Date of Birth: | **REDACTED** |
| Address: | | | | | |
| Citizenship: | | United States | Mexican | Other | |
| Interpreter Needed: | | | Language | | |
| Defense Attorney: | | | | | |
| Address of Attorney: | | | | Appointed | |
| Defendant is: | In Jail | Where: | | | |
| | On Bond | Amt. of Bond | Where: | | |
| Date of Arrest: | | | Bench Warrant Needed | | |
| Prosecution By: | | Information | Indictment | X | |
| Offense (Code & Description): | Cts. 1 & 2: 21 U.S.C. 846 & 841(a)(1) – Conspiracy and Possession with intent to distribute synthetic cannabinoids. | | | | |
| Offense Is: | | Felony X | Misdemeanor | | |
| Maximum Sentence: | Cts. 1 & 2: Up to 20 yrs. imprisonment, $1M fine, at least 3 years TSR; $100 SA fee. | | | | |
| Penalty is Mandatory: | As to special assessment | | Yes X | No | |
| Remarks: | | | | | |

| | | | | |
|---|---|---|---|---|
| Sealed | _____ | | | **A19CR 174LY** |
| Unsealed | X | Personal Data Sheet | USAO# | **2019R17243** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  X  NO
CASE NO. _____

| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
|---|---|---|---|---|
| Date: | **8/20/2019** | Mag Ct.# _____ | SSN: _____ | FBI#: _____ |

| | |
|---|---|
| Case No.: _____ | Assistant U. S. Attorney: **Mark H. Marshall** |
| Defendant: **HASNAIN BROHI (2)** | Date of Birth: **REDACTED** |

Address: _____

| Citizenship: | United States _____ | Mexican _____ | Other _____ |
|---|---|---|---|

Interpreter Needed: _____   Language _____

Defense Attorney: _____

Address of Attorney: _____   Appointed _____

| Defendant is: | In Jail _____ | Where: _____ |
|---|---|---|
| | On Bond _____ | Amt. of Bond _____   Where: _____ |

Date of Arrest: _____   Bench Warrant Needed _____

Prosecution By:   Information _____   Indictment  X

Offense (Code & Description):  **Ct. 1: 21 U.S.C. 846– Conspiracy with intent to distribute synthetic cannabinoids.**

Offense Is:   Felony  X   Misdemeanor _____

Maximum Sentence:  **Ct. 1: Up to 20 yrs. imprisonment, $1M fine, at least 3 years TSR; $100 SA fee.**

Penalty is Mandatory:   As to special assessment   Yes  X   No _____

Remarks: _____

```
                                                                            FILED
                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS             AUG 2 0 2019
                            AUSTIN DIVISION
                                                             CLERK, U.S. DISTRICT COURT
                                                             WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA          )                          BY_____
                                  )                                   DEPUTY CLERK
v.                                )     CRIMINAL NO.
                                  )                          A19CR 174LY
AIJAZ GUL  (1)                    )
                                  )
                                  )
```

## MOTION FOR DETENTION

COMES NOW the United States by and through its Assistant United States Attorney and files this motion for pretrial detention under Title 18, United States Code, Section 3141, et seq., and would show the Court the following:

1. The pending case involves:

[ ]   (A)   A crime of violence.

[ ]   (B)   An offense for which the maximum sentence is life imprisonment or death.

[X]   (C)   An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act of the Maritime Drug Law Enforcement Act.

[ ]   (D)   A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(1)(A)-(C) or comparable state or local offense.

[ ]   (E)   A felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device, or any other dangerous weapon.

[X]   (F)   A serious risk the Defendant will flee.

[ ]   (G)   A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

[ ]  (H)   An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole requiring an initial 10 day detention pursuant to 18 U.S.C. § 3142(d).

[ ]  (I)   An offense committed by the above named defendant who is not a citizen of the United States or lawfully admitted for permanent residence requiring an initial 10 day detention under the provisions of 18 U.S.C. § 3142(d).

2. No condition or combination of conditions will:

[X]  (A)   **Reasonably assure the appearance of the person as required.**

[X]  (B)   **Reasonably assure the safety of the community of any other person.**

The United States may advocate additional reasons for detention other than those indicated above as the investigation proceeds and new information becomes available.

Pursuant to 18 U.S.C. § 3142(f) the United States moves that the detention hearing be continued for three (3) days so that the United States can prepare for said hearing.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Defendant be held without bond.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:   /s/ MARK H. MARSHALL
Mark H. Marshall
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office  (512) 916-5858
Fax     (512) 916-5854

Harris Co.
03959-579
10964017

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Aijaz Gul<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 1:19-cr-174 (1) LY |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Aijaz Gul,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1) and 846 – Conspiracy and Possession with Intent to Distribute Synthetic Cannabinoids.
Count 2: 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Synthetic Cannabinoids.

Date: 08/20/2019

*Katherine Wallace*
Issuing officer's signature

City and state: Austin, Texas

Katherine Wallace, Courtroom Deputy
Printed name and title

---

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title